IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION<br>d/b/a GLAXOSMITHKLINE,<br><br>               Plaintiff,<br><br>   v.<br><br>BARR PHARMACEUTICALS, INC. and<br>BARR LABORATORIES, INC.,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. _____<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff states that SmithKline Beecham Corporation d/b/a GlaxoSmithKline (a private non-governmental party) is wholly-owned by its ultimate parent corporation GlaxoSmithKline plc, an English public limited company whose shares are traded on the London Stock Exchange and the New York Stock Exchange. No publicly-held corporation (to the best of plaintiff's knowledge) owns ten percent or more of the stock of GlaxoSmithKline plc.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jack B. Blumenfeld*
                Jack B. Blumenfeld (#1014)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899-1347
                (302) 658-9200
                jblumenfeld@mnat.com

                *Attorneys for Plaintiff SmithKline Beecham*
                *Corporation d/b/a GlaxoSmithKline*

*Of Counsel*:

Evan R. Chesler
Keith R. Hummel
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

February 25, 2008