| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following    X Patents or    Trademarks:

| DOCKET NO.<br>08-cv-112 | DATE FILED<br>2/25/2008 | U.S. DISTRICT COURT |

| PLAINTIFF<br>SmithKline Beecham Corporation | DEFENDANT<br>Barr Pharmaceuticals Inc. et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,565,467 | 10/15/1996 | Glaxo Wellcome Inc. |
| 2 | 5,846,976 | 12/08/1998 | Glaxo Wellcome Inc. |
| 3 | 5,998,427 | 12/07/1999 | Glaxo Wellcome Inc. |
| 4 | | | |
| 5 | | | |
| | | | |
| | | | |

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | Amendment | Answer | Cross Bill | Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>2/25/2008 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**