⚘AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                                              District of            Delaware

SmithKline Beecham Corporation d/b/a
GlaxoSmithKline,
                          Plainitff,          **SUMMONS IN A CIVIL CASE**
            V.

Barr Pharmaceuticals, Inc. and
Barr Laboratories, Inc.,                      CASE NUMBER:  0 8 - 1 1 2
                          Defendants.


TO: (Name and address of Defendant)
    Barr Pharmaceuticals, Inc.
    c/o Corporation Service Company
    2711 Centerville Road - Suite 400
    Wilmington, DE  19808


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19801


an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO

CLERK _____        DATE   2/25/08

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 25, 2008 |
| NAME OF SERVER (PRINT) ANDREW C. THOMPSON | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By hand delivering a copy of the summons and complaint to Barr Pharmaceuticals, Inc. c/o Corporation Service Company, 2711 Centerville Road - Suite 400, Wilmington, DE 19808

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-25-08
                *Date*

*Signature of Server:* Andrew C. Thompson

800 King Street
Suite 102
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.