IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO 1:08-cv-00112-SLR<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

1.  John C. Phillips, Jr., a member of the Delaware bar, pursuant to Local Rule 83.5(c), moves the admission pro hac vice of Lindsay M. Beyer, Winston & Strawn LLP, 35 W. Wacker Dr. Chicago, IL 60601. The Admittee is admitted, practicing, and in good standing in the State of Illinois.

JOHN C. PHILLIPS, JR., ESQ., #110
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

3

2.     The Admittee certifies that she is eligible for admission to this Court and is admitted to practice and in good standing in the jurisdiction shown in paragraph 1 above, and that she submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in Local Rule 83.6.

*Lindsay M. Beyer*
Lindsay M. Beyer
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL  60601
(312) 558-5600
lbeyer@winston.com

The foregoing Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> is hereby GRANTED this __ day of _____, 2008.

_____               J.