**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>      Plaintiff,<br><br>      v.<br><br>BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-CV-112 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on April 25, 2008, a copy of Barr Laboratories, Inc.'s Rule 26(a)(1) Initial Disclosures was served on the following as indicated below:

<u>Via Electronic Mail</u>
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

<u>Via Electronic Mail</u>
Evan R. Chesler
Keith R. Hummel
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.


/s/ Brian E. Farnan
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pgslaw.com

          and

George C. Lombardi (admitted pro hac vice)
James M. Hilmert (admitted pro hac vice)
Ivan M. Poullaos (admitted pro hac vice)
Lindsay M. Beyer (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendants

Dated:  April 25, 2008