IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiff,<br><br>        v.<br><br>BARR LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-112 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |
| BARR LABORATORIES, INC.,<br><br>        Counterclaim-Plaintiff,<br><br>        v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>        Counterclaim-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Plaintiff's First Set of Interrogatories* and (ii) *Plaintiff's First Set of Requests for the Production of Documents and Things* were caused to be served on May 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>James M. Hilmert, Esquire<br>Ivan M. Poullaos, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff SmithKline Beecham
   Corporation d/b/a GlaxoSmithKline*

*Of Counsel*:

Evan R. Chesler
Keith R. Hummel
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
(212) 474-1000

May 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>   John C. Phillips, Jr., Esquire
>   Brian E. Farnan, Esquire
>   PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused to be served copies of the foregoing document on May 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>James M. Hilmert, Esquire<br>Ivan M. Poullaos, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL* |

_____
Maryellen Noreika (#3208)