IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-112-SLR ) |
| BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC., | ) ) ) ) |
| Defendants. | ) ) |

# O R D E R

At Wilmington this 22nd day of May, 2008,

IT IS HEREBY ORDERED that the discovery conference originally scheduled for October 16, 2008 is hereby rescheduled to **Wednesday, October 22, 2008** at **4:30 p.m.** in courtroom no. 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

                                                         _____
                                                       United States District Judge