IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 08-112 (SLR) |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) ) | |
| BARR LABORATORIES, INC., | ) ) ) | |
| Counterclaim-Plaintiff, | ) ) | |
| v. | ) ) | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) ) | |
| Counterclaim-Defendant. | ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gregory E. Birkenstock of CRAVATH, SWAINE & MOORE LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019 to represent plaintiff SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff SmithKline Beecham
Corporation d/b/a GlaxoSmithKline*

June 4, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Gregory E. Birkenstock is granted.

Dated: _____      _____
                                      United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Gregory E. Birkenstock
Gregory E. Birkenstock
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Dated: June 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> John C. Phillips, Jr., Esquire
> Brian E. Farnan, Esquire
> PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused copies of the foregoing document to be served on June 4, 2008 upon the following in the manner indicated:

John C. Phillips, Jr., Esquire             *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

George C. Lombardi, Esquire                *VIA ELECTRONIC MAIL*
James M. Hilmert, Esquire
Ivan M. Poullaos, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)