IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>*Plaintiff-Counterclaim Defendant,*<br><br>-against-<br><br>BARR LABORATORIES, INC.,<br><br>*Defendant-Counterclaim Plaintiff.* | C.A. No. 08-112 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *GSK's Responses and Objections to Barr's First Set of Interrogatories*; and 2) *GSK's Responses and Objections to Barr Laboratories, Inc.'s First Set of Requests for Production of Documents and Things* were caused to be served on June 24, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>James M. Hilmert, Esquire<br>Ivan M. Poullaos, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL* |

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          /s/ Jack B. Blumenfeld

                          Jack B. Blumenfeld (#1014)
                          Maryellen Noreika (#3208)
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, DE 19899-1347
                          (302) 658-9200
                          jblumenfeld@mnat.com
                          mnoreika@mnat.com

                          *Attorneys for Plaintiff SmithKline Beecham*
                            *Corporation d/b/a GlaxoSmithKline*

*Of Counsel*:

Evan R. Chesler
Keith R. Hummel
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

June 24, 2008
2157046

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused copies of the foregoing document to be served on June 24, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>James M. Hilmert, Esquire<br>Ivan M. Poullaos, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL* |

_____
Jack B. Blumenfeld (#1014)