IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> v. <br><br> BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 08-CV-112 (SLR) ) ) **JURY TRIAL DEMANDED** ) ) |

### ENTRY OF APPEARANCE

TO: CLERK OF THE COURT

PLEASE ENTER THE APPEARANCE of Brian E. Farnan, Esquire, as co-counsel for defendants Barr Pharmaceuticals, Inc. and Barr Laboratories, Inc. in the above-captioned matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
bef@pgslaw.com

Of Counsel:

George C. Lombardi
James M. Hilmert
Ivan M. Poullaos
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Defendants*

Dated: July 1, 2008