IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>          Plaintiff,<br><br>     v.<br><br>BARR PHARMACEUTICALS, INC. and BARR LABORATORIES, INC.,<br><br>          Defendants. | CASE NO 1:08-cv-00112-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

1.   John C. Phillips, Jr., a member of the Delaware bar, pursuant to Local Rule 83.5(c), moves the admission pro hac vice of John R. McNair, Winston & Strawn LLP, 35 W. Wacker Dr. Chicago, IL 60601.  The Admittee is admitted, practicing, and in good standing in the State of Illinois.

_____
JOHN C. PHILLIPS, JR., ESQ., #110
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

2.	The Admittee certifies that he is eligible for admission to this Court and is admitted to practice and in good standing in the jurisdiction shown in paragraph 1 above, and that he submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in Local Rule 83.6.

_____
John R. McNair
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL  60601
(312) 558-5600
jmcnair@winston.com

The foregoing Motion for Admission Pro Hac Vice is hereby GRANTED this __ day of _____, 2008.

_____
J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ____X____ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _____ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

/s/ J.R. McNair
John R. McNair Esquire
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Date: July 15, 2008